(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Western District of Michigan | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PRATT, ISAAC DARYL** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**PRATT, ALYCIA CHRISTINE** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**fka Alycia C. James** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **5527** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **3055** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4593 TABOR ROAD NW**<br>**COMSTOCK PARK, MI  49321** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4593 TABOR ROAD NW**<br>**COMSTOC PARK, MI  49321** |
| County of Residence or of the<br>Principal Place of Business:    **Kent** | County of Residence or of the<br>Principal Place of Business:    **Kent** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)            ☐ Railroad<br>☐ Corporation           ☐ Stockbroker<br>☐ Partnership           ☐ Commodity Broker<br>☐ Other _____      ☐ Clearing Bank | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business   ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>  11 U.S.C. § 1121(e) (Optional) | |

| **Statistical/Administrative Information** (Estimates only)<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses<br>  paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1)  (12/03)                                                                                          FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ ISAAC DARYL PRATT*
Signature of Debtor                          **ISAAC DARYL PRATT**

X */s/ ALYCIA CHRISTINE PRATT*
Signature of Joint Debtor               **ALYCIA CHRISTINE PRATT**

Telephone Number (If not represented by attorney)

**September 28, 2005**
Date

### Signature of Attorney

X */s/ Mary Saur Cohn*
Signature of Attorney for Debtor(s)

**Mary Saur Cohn (P44602)**
Printed Name of Attorney for Debtor(s)

**Mary Saur Cohn, PLLC Bankruptcy Law Partners**
Firm Name

**3655 Alpine Ave. NW, Suite 134**
Address

**Comstock Park, MI  49321-9744**

**(616) 647-9028**
Telephone Number

**September 28, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X */s/ Mary Saur Cohn*                                    **9/28/05**
Signature of Attorney for Debtor(s)                          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

VOLUNTARY PETITION

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## UNITED STATES BANKRUPTCY COURT

### PRE-FILING NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the Federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. **Neither the judge nor the court's employees may provide you with legal advice.**

**CHAPTER 7: LIQUIDATION: $209**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under Chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, debts fraudulently incurred, debts for willful and malicious injury to a person or property, and debts arising from a drunk driving judgment.

5. Under certain circumstances you may keep property that you have purchased subject to a valid security interest. Your attorney can explain the options that are available to you.

**CHAPTER 13: REPAYMENT OF ALL OR PART OF THE DEBTS OF AN INDIVIDUAL WITH REGULAR INCOME: $194**

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually the period allowed by the court to repay your debts is three years, but not more than five years. Your plan must be approved by the court before it can take effect.

3. Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, certain kinds of taxes owed for less than three years, and long term secured obligations.

**CHAPTER 11: REORGANIZATION: ($839 FILING FEE)**

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision for an individual to file a Chapter 11 petition should be reviewed with an attorney.

**CHAPTER 12: FAMILY FARMER: ($239 FILING FEE)**

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to a Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

**DEBTOR'S ACKNOWLEDGMENT OF RECEIPT**

I have received a copy of this notice.

| 9/28/2005 | /s/ ISAAC DARYL PRATT | |
|---|---|---|
| Date | Debtor | **ISAAC DARYL PRATT** |

| 9/28/2005 | /s/ ALYCIA CHRISTINE PRATT | |
|---|---|---|
| Date | Co-Debtor | **ALYCIA CHRISTINE PRATT** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE _____ Case No. _____
                    Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** | **0.00** |

(Report also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE A - REAL PROPERTY**

IN RE **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____  Case No. _____
                                                          Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account** | J | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **General household furniture and furnishings** | J | 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **General clothing and wearing apparel** | J | 1,000.00 |
| 7.  Furs and jewelry. | | **Jewelry** | J | 250.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Sports equipment** | J | 500.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____ Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | **Computer, desk, etc.** | J | 3,000.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | 7,350.00 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE _____ Case No. _____
Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☑ 11 U.S.C. § 522(b)(1):   Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking account** | **11 USC § 522(d)(5)** | **100.00** | **100.00** |
| **General household furniture and furnishings** | **11 USC § 522(d)(3)** | **2,500.00** | **2,500.00** |
| **General clothing and wearing apparel** | **11 USC § 522(d)(3)** | **1,000.00** | **1,000.00** |
| **Jewelry** | **11 USC § 522(d)(4)** | **250.00** | **250.00** |
| **Sports equipment** | **11 USC § 522(d)(5)** | **500.00** | **500.00** |
| **Computer, desk, etc.** | **11 USC § 522(d)(3)** | **3,000.00** | **3,000.00** |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____ Case No. _____

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL ............. UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

_____ **0** Continuation Sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | |
| (Complete only on last sheet of Schedule D) **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

**IN RE** PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE _____ Case No. _____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS

(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** Continuation Sheets attached

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____ Case No. _____
_____
Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service** **678 Front Street NW** **Grand Rapids, MI  49504** | | J | | | | | **NOTICE** |
| Account No. **MICHIGAN DEPT. OF TREASURY** **430 WEST ALLEGAN STREET** **LANSING, MI  48922** | | J | | | | | **NOTICE** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **1** of _____ **1** Continuation Sheets attached to Schedule E

Subtotal
(Total of this page)

(Complete only on last sheet of Schedule E)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS**

IN RE **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____    Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0362**<br><br>**Advanced Radiology Services PC**<br>**3264 North Evergreen Dr.**<br>**Suite 101**<br>**Grand Rapids, MI  49525** | | H | Medical | | X | | 644.00 |
| Account No.<br><br>**CBCS**<br>**4764 East Fulton, Suite 101**<br>**PO Box 1615**<br>**Grand Rapids, MI  49501-1615** | | | Assignee or other notification for:<br>**Advanced Radiology Services PC** | | | | |
| Account No. **6202**<br><br>**American Credit Educators, LLC**<br>**2000 S. Colorado Blvd.**<br>**Tower Onw, Suite 3300**<br>**Denver, CO  80222** | | H | | | X | | 300.95 |
| Account No. **7739**<br><br>**Asset Acceptance Corp.**<br>**ATTN:  DEBT COLLECTOR, LEGAL**<br>**28405 Van Dyke**<br>**Warren, MI  48093** | | H | Gateway Credit Card | | X | | 2,504.99 |
| Account No.<br><br>**Hurley State Bank**<br>**PO Box 818**<br>**Gray, TN  37615** | | | Assignee or other notification for:<br>**Asset Acceptance Corp.** | | | | |

_____ **10** Continuation Sheets attached

Subtotal
(Total of this page)  **3,449.94**

(Complete only on last sheet of Schedule F)  **TOTAL**  
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE                          Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **National Arbitration Forum** <br> **File No. FA0507000512174** <br> **PO Box 50191** <br> **Minneapolis, MN  55405-0191** | | | Assignee or other notification for: <br> **Asset Acceptance Corp.** | | | | |
| Account No. **1030FACRAT** <br> **AT&T Long Distance** <br> **C/O Risk Management Alternatives** <br> **PO Box 105816** <br> **Atlanta, GA  30348-5816** | | W | Telephone service | | X | | 66.60 |
| Account No. <br> **NCO Financial Systems Inc.** <br> **PO Box 41457** <br> **Philadelphia, PA  19101-1457** | | | Assignee or other notification for: <br> **AT&T Long Distance** | | | | |
| Account No. <br> **Risk Management Alternatives, Inc.** <br> **1500 Commerce Drive** <br> **Mendota Heights, MN  55120-1025** | | | Assignee or other notification for: <br> **AT&T Long Distance** | | | | |
| Account No. **8701** <br> **Bed Bath & Beyond** <br> **C/O Certegy Payment Recovery Serv.** <br> **PO Box 30272** <br> **Tampa, FL  33630-3272** | | W | | | X | | 25.00 |
| Account No. <br> **Certegy Payment Recovery Services** <br> **PO Box 30031** <br> **Tampa, FL  33630-3031** | | | Assignee or other notification for: <br> **Bed Bath & Beyond** | | | | |
| Account No. **5894** <br> **Borgess Medical Center** <br> **1521 Gull Road** <br> **Kalamazoo, MI  49048** | | W | Medical | | X | | 156.00 |

Sheet _____ **1** of _____ **10** Continuation Sheets attached to Schedule F

Subtotal <br> (Total of this page)   **247.60**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Borgess Medical Center** C/O Comprehensive Coll. Serv. PO Box 2503 East Lansing, MI  48826-2503 | | | Assignee or other notification for: Borgess Medical Center | | | | |
| Account No. **6073** **Bronson Medical Group** C/O United Collection Bureau 5620 Southwyck Blvd. Toledo, OH  43614 | | W | Medical | | X | | 58.00 |
| Account No. **2276** **Capital One** P.O. Box 85015 Richmond, VA  23285-5015 | | W | Credit card | | X | | 676.03 |
| Account No. **7908** **Capital One** P.O. Box 85015 Richmond, VA  23285-5015 | | H | Credit card | | X | | 874.00 |
| Account No. **5142** **Centennial Wireless** C/O E R Solutions, Inc. PO Box 9004 Renton, WA  98057-9004 | | W | Cell phone | | X | | 367.05 |
| Account No. **E R Solutions, Inc.** PO Box 5730 Hauppauge, NY  11788-0154 | | | Assignee or other notification for: Centennial Wireless | | | | |
| Account No. **2484** **Champion Fitness** C/O Credit Management Services PO Box 250218 Franklin, MI  48025 | | H | Club membership | | X | | 460.00 |

Sheet _____**2**__ of _____**10**__ Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **2,435.08**

(Complete only on last sheet of Schedule F)  **TOTAL** _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____ Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | Assignee or other notification for: | | | | |
| **Credit Management Services** **30600 Telegraph Rd., Ste. 4215** **Bingham Farms, MI  48025** | | | **Champion Fitness** | | | | |
| **Account No.** | | H | Installment loan | | X | | |
| **Citizens Bank** **C/O JJ Marshall & Assoc.** **6060 Collection Dr.** **Shelby Twp., MI  48316** | | | | | | | **7,626.00** |
| **Account No.** | | | Assignee or other notification for: | | | | |
| **Citizens Bank** **328 S. Saginaw** **Flint, MI  48502** | | | **Citizens Bank** | | | | |
| **Account No. 8305** | | W | Utilities | | X | | |
| **Consumers Energy** **Box 201** **Grand Rapids, MI  49501** | | | | | | | **47.39** |
| **Account No.** | | | Assignee or other notification for: | | | | |
| **Consumers Energy** **C/O NCO Financial Systems** **PO Box 3500** **Jackson, MI  49204-3500** | | | **Consumers Energy** | | | | |
| **Account No.** | | | Assignee or other notification for: | | | | |
| **Consumers Energy** **C/O Midwestern Audit Services Inc.** **PO Box 1707** **Troy, MI  48099-1707** | | | **Consumers Energy** | | | | |
| **Account No. 0520** | | H | | | X | | |
| **Enterprise Rent-A-Car** **3375 Alpine Ave. NW** **Grand Rapids, MI  49544** | | | | | | | **374.27** |

Sheet _____**3**___ of _____**10**___ Continuation Sheets attached to Schedule F

|  |  |
|---|---|
| Subtotal (Total of this page) | **8,047.66** |
| (Complete only on last sheet of Schedule F)  **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1346**<br>Farook J. Kidwai MD PC<br>2815 Michigan Street NE<br>Grand Rapids, MI 49506 | | H | Medical | | X | | 45.00 |
| Account No.<br>Fingerhut<br>PO Box 166<br>Newark, NJ 07101-0166 | | H | Merchandise | | X | | 265.00 |
| Account No.<br>Fingerhut Credit Advantage<br>6250 Ridgewood Road<br>St. Cloud, MN 56303 | | | Assignee or other notification for: Fingerhut | | | | |
| Account No.<br>Fingerhut Credit Advantage<br>C/O Midland Credit Mgt., Inc.<br>8875 Aero Dr., Suite 200<br>San Diego, CA 92123 | | | Assignee or other notification for: Fingerhut | | | | |
| Account No. **8059**<br>Fitness Tech<br>C/O ASF International<br>PO Box 260360<br>Denver, CO 80226 | | W | | | X | | 250.00 |
| Account No. **6474**<br>Harris Publishing<br>360 B Street<br>Idaho Falls, ID 83402 | | H | Magazine | | X | | 89.00 |
| Account No. **0003**<br>JC Penney<br>P.O. Box 960001<br>Orlando, FL 32896-0001 | | W | Credit card | | X | | 382.83 |

Sheet _____ **4** of _____ **10** Continuation Sheets attached to Schedule F

| | |
|---|---|
| Subtotal (Total of this page) | 1,031.83 |
| (Complete only on last sheet of Schedule F) **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kalamazoo Anesthesiology PC**<br>**900 Peeler St., Suite A**<br>**Kalamazoo, MI  49008** | | W | Medical | X | | | **596.00** |
| Account No.<br><br>**David W. McMorrow & Assoc. PLC**<br>**2700 Old Centre**<br>**Portage, MI  49024** | | | Assignee or other notification for:<br>Kalamazoo Anesthesiology PC | | | | |
| Account No.<br><br>**John D. Bradshaw PC**<br>**PO Box 50431**<br>**Kalamazoo, MI  49005-0431** | | | Assignee or other notification for:<br>Kalamazoo Anesthesiology PC | | | | |
| Account No. **3184**<br><br>**Lane Bryant**<br>**PO Box 659728**<br>**San Antonio, TX  78265-9728** | | W | Credit card/clothing | X | | | **30.74** |
| Account No.<br><br>**Lane Bryant**<br>**PO Box 182121**<br>**Columbus, OH  43218-2121** | | | Assignee or other notification for:<br>Lane Bryant | | | | |
| Account No. **1960**<br><br>**Matchmaker International - GR**<br>**C/O Monterey Financial Services, Inc.**<br>**PO Box 2669**<br>**Carlsbad, CA  92018** | | W | | X | | | **970.63** |
| Account No.<br><br>**Matchmaker International - GR**<br>**2450 44th St. SE, Ste. 205**<br>**Grand Rapids, MI  49512** | | | Assignee or other notification for:<br>Matchmaker International - GR | | | | |

Sheet _____**5**___ of _____**10**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)   **1,597.37**

(Complete only on last sheet of Schedule F)   **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE _____ Case No. _____
Debtor(s)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Matchmaker International - GR**<br>**2450 44th St. SE, Ste. 205**<br>**Grand Rapids, MI 49512** | | H | | | X | | 1,610.00 |
| Account No.<br><br>**MCI**<br>**PO Box 248**<br>**Gastonia, NC 28053** | | H | | | X | | 364.00 |
| Account No.<br><br>**MCI Comm.**<br>**22001 Loudon County Pkwy.**<br>**Ashburn, VA 20147** | | | Assignee or other notification for:<br>MCI | | | | |
| Account No.<br><br>**Meijers**<br>**2929 Walker Ave. NW**<br>**Grand Rapids, MI 49544** | | H | | | X | | 54.00 |
| Account No. **0030**<br><br>**Metropolitan Hospital**<br>**1919 Boston SE**<br>**Grand Rapids, MI 49506** | | H | Medical | | X | | 343.05 |
| Account No.<br><br>**Metropolitan Hospital**<br>**C/O Alliance One**<br>**PO Box 1963**<br>**Southgate, MI 48195-0963** | | | Assignee or other notification for:<br>Metropolitan Hospital | | | | |
| Account No. **0024**<br><br>**Metropolitan Hospital**<br>**1919 Boston SE**<br>**Grand Rapids, MI 49506** | | H | Medical | | X | | 147.50 |

Sheet _____**6**___ of _____**10**___ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **2,518.55**

(Complete only on last sheet of Schedule F) **TOTAL** _____

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Alliance One Receivables Mgt.** <br> **PO Box 3104** <br> **Southeastern, PA  19398-3104** | | | Assignee or other notification for: <br> **Metropolitan Hospital** | | | | |
| Account No. **0513** <br> **Metropolitan Hospital** <br> **PO Box 159** <br> **Grand Rapids, MI  49501-0159** | | H | Medical | | X | | 1,170.50 |
| Account No. <br> **Money Recovery Nationwide** <br> **801 S. Waverly Road** <br> **Suite 100** <br> **Lansing, MI  48917** | | | Assignee or other notification for: <br> **Metropolitan Hospital** | | | | |
| Account No. <br> **MRN/NCA** <br> **PO BOX 13129** <br> **LANSING, MI  48901-3129** | | | Assignee or other notification for: <br> **Metropolitan Hospital** | | | | |
| Account No. **9047** <br> **Michigan Pain Consultants** <br> **PO Box 120070** <br> **Grand Rapids, MI  49512** | | H | Medical | | X | | 325.90 |
| Account No. **0398** <br> **OBGYN INC. - KALAMAZOO** <br> **C/O Allied Collection Group** <br> **PO Box 1799** <br> **Holland, MI  49422-1799** | | W | Medical | | X | | 793.95 |
| Account No. <br> **OBGYN PC** <br> **601 John St.** <br> **Kalamazoo, MI  49007** | | | Assignee or other notification for: <br> **OBGYN INC. - KALAMAZOO** | | | | |

Sheet _____ **7** of _____ **10** Continuation Sheets attached to Schedule F

Subtotal
(Total of this page)

**2,290.35**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE _____   Case No. _____
                                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0458**<br><br>**Olivet College Perkins**<br>**320 S. Main St.**<br>**Olivet, MI  49076** | | H | Tuition | | X | | 3,871.42 |
| Account No.<br><br>**Olivet College Perkins**<br>**C/O Williams & Fudge, Inc.**<br>**PO Box 11590**<br>**Rock Hill, SC  29731-1590** | | | Assignee or other notification for:<br>**Olivet College Perkins** | | | | |
| Account No. **8522**<br><br>**Orchard Bank**<br>**HSBC Card Services**<br>**PO Box 5222**<br>**Carol Stream, IL  60197-5222** | | W | Credit card | | X | | 269.09 |
| Account No.<br><br>**HSBC Card Services**<br>**PO Box 80084**<br>**Salinas, CA  93912-0084** | | | Assignee or other notification for:<br>**Orchard Bank** | | | | |
| Account No. **4290**<br><br>**People Magazine**<br>**The Billing Center/Time Inc.**<br>**PO Box 60001**<br>**Tampa, FL  33660-0001** | | W | Magazine | | X | | 108.68 |
| Account No. **8975**<br><br>**Publishers Clearing House**<br>**PO Box 26301**<br>**Lehigh Valley, PA  18002-6301** | | H | Magazine | | X | | 21.95 |
| Account No. **6769**<br><br>**Quest Diagnostics Inc.**<br>**515 Michigan St. NE, Suite 101**<br>**Grand Rapids, MI  49503** | | H | Medical | | X | | 49.42 |

Sheet _____ **8** of _____ **10** Continuation Sheets attached to Schedule F

Subtotal (Total of this page)    **4,320.56**

(Complete only on last sheet of Schedule F)  **TOTAL** _____
(Report total also on Summary of Schedules)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE **PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Quest Diagnostics** C/O Russell Collection Agency PO Box 7009 Flint, MI 48507-0009 | | | Assignee or other notification for: Quest Diagnostics Inc. | | | | |
| Account No. **6616** SBC PO Box 5072 SAGINAW, MI 48605-5072 | | W | Telephone service | | X | | 98.05 |
| Account No. **0630** Specialized Card Services C/O Bankruptcy Law Partners 3655 Alpine Ave. NW, Ste. 134 Comstock Park, MI 49321 | | H | Credit card | | X | | 400.00 |
| Account No. Spectrum Health P.O. Box 2127 Grand Rapids, MI 49501-2127 | | H | Medical | | | | 1,473.56 |
| Account No. 61st District Court Case No. 05-GC-2520 180 Ottawa Ave. NW Grand Rapids, MI 49503 | | | Assignee or other notification for: Spectrum Health | | | | |
| Account No. Jeffrey K. VanHattum, Esq. PO Box 1615 Grand Rapids, MI 49501-1615 | | | Assignee or other notification for: Spectrum Health | | | | |
| Account No. **6946** Target Corporation PO Box 038994 Tuscaloosa, AL 35403-8994 | | W | | | X | | 25.00 |

Sheet _____ **9** of _____ **10** Continuation Sheets attached to Schedule F

Subtotal (Total of this page) | **1,996.61**

(Complete only on last sheet of Schedule F)  **TOTAL** | _____

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE                    Case No. _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9532** <br><br>**TDS Metrocom**<br>**PO Box 1007**<br>**Monroe, WI  53566-8107** | | W | Telephone | | X | | <br><br><br><br>**282.31** |
| Account No. **0321** <br><br>**University Of Phoenix**<br>**318 River Ridge Dr. NW**<br>**Walker, MI  49544** | | H | Tuition | | X | | <br><br><br><br>**1,444.00** |
| Account No. <br><br>**University Of Phoenix**<br>**C/O General Revenue Corporation**<br>**11501 Northlake Dr.**<br>**Cincinnati, OH  45249** | | | Assignee or other notification for:<br>University Of Phoenix | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet _____ **10** of _____ **10** Continuation Sheets attached to Schedule F

| | Subtotal (Total of this page) | **1,726.31** |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | **29,661.86** |
| | (Report total also on Summary of Schedules) | |

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE</u>                    Case No. _____
                                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**IN RE** PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE _____ Case No. _____
Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

**IN RE** PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE _____ Case No. _____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP<br>**Daughter** | | AGE<br>**7 mos** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Factory** | **Clerical** |
| Name of Employer | **Lacks** | **Meijer** |
| How long employed | **1 Week** | **1 Week** |
| Address of Employer | **Grand Rapids, MI** | **Walker, MI** |

Income: (Estimate of average monthly income)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | **1,776.67** | $ | **1,560.00** |
| Estimated monthly overtime | $ | | $ | |
| **SUBTOTAL** | $ | **1,776.67** | $ | **1,560.00** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and Social Security | $ | **355.33** | $ | **312.00** |
| b. Insurance | $ | | $ | |
| c. Union dues | $ | | $ | |
| d. Other (specify) _____ | $ | | $ | |
| | $ | | $ | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | **355.33** | $ | **312.00** |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | **1,421.34** | $ | **1,248.00** |
| | | | | |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | |
| Income from real property | $ | | $ | |
| Interest and dividends | $ | | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | | $ | |
| Social Security or other government assistance | | | | |
| (Specify) _____ | $ | | $ | |
| | $ | | $ | |
| Pension or retirement income | $ | | $ | |
| Other monthly income | | | | |
| (Specify) _____ | $ | | $ | |
| | $ | | $ | |
| | $ | | $ | |
| **TOTAL MONTHLY INCOME** | $ | **1,421.34** | $ | **1,248.00** |

**TOTAL COMBINED MONTHLY INCOME $** _____ **2,669.34**  (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**Income is estimated as Debtors just started employment and have not received a paycheck as of the date of filing.**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE     Case No. _____
                                                      Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 740.00 |
| Are real estate taxes included?     Yes ____  No ✓ | | |
| Is property insurance included?   Yes ____  No ✓ | | |
| Utilities:  Electricity and heating fuel | $ | 100.00 |
| Water and sewer | $ | |
| Telephone | $ | 110.00 |
| Other **Cable** | $ | 40.00 |
| | $ | |
| | $ | |
| Home maintenance (repairs and upkeep) | $ | |
| Food | $ | 500.00 |
| Clothing | $ | 100.00 |
| Laundry and dry cleaning | $ | 40.00 |
| Medical and dental expenses | $ | 225.00 |
| Transportation (not including car payments) | $ | 270.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 15.00 |
| Life | $ | |
| Health | $ | |
| Auto | $ | 120.00 |
| Other | $ | |
| | $ | |
| | $ | |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | |
| | $ | |
| | $ | |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | |
| Other | $ | |
| | $ | |
| Alimony, maintenance, and support paid to others | $ | |
| Payments for support of additional dependents not living at your home | $ | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| Other  **Misc. Expenses--Haircuts, Postage, Etc.** | $ | 20.00 |
| **Child Care** | $ | 530.00 |
| | $ | |
| | $ | |
| | $ | |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**     $ **2,860.00**

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ _____ |
| B.  Total projected monthly expenses | $ _____ |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ | $ _____ |

(interval)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Michigan**

IN RE:                                                                    Case No. _____

**PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____   Chapter **7** _____
<span style="padding-left:3em">Debtor(s)</span>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 2 | 7,350.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 29,661.86 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,669.34 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,860.00 |
| Total Number of Sheets in Schedules | | 22 | | | |
| Total Assets | | | 7,350.00 | | |
| Total Liabilities | | | | 29,661.86 | |

<span style="writing-mode:vertical-lr">© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

**IN RE** PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE _____  Case No. _____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**23** sheets, and that
(Total shown on summary page plus 1)
they are true and correct to the best of my knowledge, information, and belief.


Date: **September 28, 2005** _____     Signature: _/s/ ISAAC DARYL PRATT_ _____
                                                  **ISAAC DARYL PRATT**                                Debtor

Date: **September 28, 2005** _____     Signature: _/s/ ALYCIA CHRISTINE PRATT_ _____
                                                  **ALYCIA CHRISTINE PRATT**                    (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer     Social Security No.
                                                           (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____          _____
Signature of Bankruptcy Petition Preparer               Date

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)


Date: _____     Signature: _____

                                               _____
                                               (Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Western District of Michigan

IN RE:        Case No. _____

**PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____   Chapter **7** _____
Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

<i>DEFINITIONS</i>

"*In business.*" A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"*Insider.*" The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **12,000.00** | **2005 - Gross income from employment/unemployment (YTD)** |
| **36,367.00** | **2004 - Gross income from employment** |
| **23,593.00** | **2003 - Gross income from employment** |

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**

None ☑   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Spectrum Health Hospital v. Isaac Pratt Case No. 05-GC-2520** | **Collection** | **61st District Court, 180 Ottawa Ave. NW, Grand Rapids, MI 49503** | **Default Judgment** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mary Saur Cohn, PLLC Bankruptcy Law Partners 3655 Alpine Ave. NW, Suite 134 Comstock Park, MI  49321-9744** | **9/22/05** | **500.00** |

**$500 = $209 for filing fee + $291 applied to attorney fees (owe balance of $100 for attorney fees)**

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☐ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **4777 Drummond Blvd. SE, Apt. 203 Kentwood, MI 49508-5194** | **Alycia C. James** | |
| **2857 Central Park Way NE, Apt. 103 Grand Rapids, MI 49505** | **Isaac Pratt & Alycia (James) Pratt** | |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**18. Nature, location and name of business**

None ☑   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **September 28, 2005**      Signature   */s/ ISAAC DARYL PRATT*
                    of Debtor                                        **ISAAC DARYL PRATT**

Date: **September 28, 2005**      Signature   */s/ ALYCIA CHRISTINE PRATT*
                    of Joint Debtor                             **ALYCIA CHRISTINE PRATT**
                    (if any)

                           _____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Michigan**

**IN RE:**                                                            Case No. _____

**PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____    Chapter **7** _____
Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true to the best of my (our) knowledge.

Date: **September 28, 2005** _____    */s/ ISAAC DARYL PRATT* _____
                                               Debtor */s/ ALYCIA CHRISTINE PRATT*

                                               _____
                                               Joint Debtor

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

```
61st District Court
Case No. 05-GC-2520
180 Ottawa Ave. NW
Grand Rapids, MI  49503


Advanced Radiology Services PC
3264 North Evergreen Dr.
Suite 101
Grand Rapids, MI  49525


Alliance One Receivables Mgt.
PO Box 3104
Southeastern, PA  19398-3104


American Credit Educators, LLC
2000 S. Colorado Blvd.
Tower Onw, Suite 3300
Denver, CO  80222


Asset Acceptance Corp.
ATTN:  DEBT COLLECTOR, LEGAL
28405 Van Dyke
Warren, MI  48093


AT&T Long Distance
C/O Risk Management Alternatives
PO Box 105816
Atlanta, GA  30348-5816


Bed Bath & Beyond
C/O Certegy Payment Recovery Serv.
PO Box 30272
Tampa, FL  33630-3272
```

Borgess Medical Center
C/O Comprehensive Coll. Serv.
PO Box 2503
East Lansing, MI  48826-2503


Borgess Medical Center
1521 Gull Road
Kalamazoo, MI  49048


Bronson Medical Group
C/O United Collection Bureau
5620 Southwyck Blvd.
Toledo, OH  43614


Capital One
P.O. Box 85015
Richmond, VA  23285-5015


CBCS
4764 East Fulton, Suite 101
PO Box 1615
Grand Rapids, MI  49501-1615


Centennial Wireless
C/O E R Solutions, Inc.
PO Box 9004
Renton, WA  98057-9004


Certegy Payment Recovery Services
PO Box 30031
Tampa, FL  33630-3031


Champion Fitness
C/O Credit Management Services
PO Box 250218
Franklin, MI  48025

```
Citizens Bank
328 S. Saginaw
Flint, MI  48502


Citizens Bank
C/O JJ Marshall & Assoc.
6060 Collection Dr.
Shelby Twp., MI  48316


Consumers Energy
C/O NCO Financial Systems
PO Box 3500
Jackson, MI  49204-3500


Consumers Energy
Box 201
Grand Rapids, MI  49501


Consumers Energy
C/O Midwestern Audit Services Inc.
PO Box 1707
Troy, MI  48099-1707


Credit Management Services
30600 Telegraph Rd., Ste. 4215
Bingham Farms, MI  48025


David W. McMorrow & Assoc. PLC
2700 Old Centre
Portage, MI  49024


E R Solutions, Inc.
PO Box 5730
Hauppauge, NY  11788-0154
```

Enterprise Rent-A-Car
3375 Alpine Ave. NW
Grand Rapids, MI  49544


Farook J. Kidwai MD PC
2815 Michigan Street NE
Grand Rapids, MI  49506


Fingerhut
PO Box 166
Newark, NJ  07101-0166


Fingerhut Credit Advantage
6250 Ridgewood Road
St. Cloud, MN  56303


Fingerhut Credit Advantage
C/O Midland Credit Mgt., Inc.
8875 Aero Dr., Suite 200
San Diego, CA  92123


Fitness Tech
C/O ASF International
PO Box 260360
Denver, CO  80226


Harris Publishing
360 B Street
Idaho Falls, ID  83402


HSBC Card Services
PO Box 80084
Salinas, CA  93912-0084

Hurley State Bank
PO Box 818
Gray, TN  37615


Internal Revenue Service
678 Front Street NW
Grand Rapids, MI  49504


JC Penney
P.O. Box 960001
Orlando, FL  32896-0001


Jeffrey K. VanHattum, Esq.
PO Box 1615
Grand Rapids, MI  49501-1615


John D. Bradshaw PC
PO Box 50431
Kalamazoo, MI  49005-0431


Kalamazoo Anesthesiology PC
900 Peeler St., Suite A
Kalamazoo, MI  49008


Lane Bryant
PO Box 182121
Columbus, OH  43218-2121


Lane Bryant
PO Box 659728
San Antonio, TX  78265-9728


Matchmaker International - GR
C/O Monterey Financial Services, Inc.
PO Box 2669
Carlsbad, CA  92018

```
Matchmaker International - GR
2450 44th St. SE, Ste. 205
Grand Rapids, MI   49512


MCI
PO Box 248
Gastonia, NC   28053


MCI Comm.
22001 Loudon County Pkwy.
Ashburn, VA   20147


Meijers
2929 Walker Ave. NW
Grand Rapids, MI   49544


Metropolitan Hospital
C/O Alliance One
PO Box 1963
Southgate, MI   48195-0963


Metropolitan Hospital
1919 Boston SE
Grand Rapids, MI   49506


Metropolitan Hospital
PO Box 159
Grand Rapids, MI   49501-0159


MICHIGAN DEPT. OF TREASURY
430 WEST ALLEGAN STREET
LANSING, MI   48922


Michigan Pain Consultants
PO Box 120070
Grand Rapids, MI   49512
```

Money Recovery Nationwide
801 S. Waverly Road
Suite 100
Lansing, MI  48917


MRN/NCA
PO BOX 13129
LANSING, MI  48901-3129


National Arbitration Forum
File No. FA0507000512174
PO Box 50191
Minneapolis, MN  55405-0191


NCO Financial Systems Inc.
PO Box 41457
Philadelphia, PA  19101-1457


OBGYN INC. - KALAMAZOO
C/O Allied Collection Group
PO Box 1799
Holland, MI  49422-1799


OBGYN PC
601 John St.
Kalamazoo, MI  49007


Olivet College Perkins
C/O Williams & Fudge, Inc.
PO Box 11590
Rock Hill, SC  29731-1590


Olivet College Perkins
320 S. Main St.
Olivet, MI  49076

Orchard Bank
HSBC Card Services
PO Box 5222
Carol Stream, IL  60197-5222


People Magazine
The Billing Center/Time Inc.
PO Box 60001
Tampa, FL  33660-0001


Publishers Clearing House
PO Box 26301
Lehigh Valley, PA  18002-6301


Quest Diagnostics
C/O Russell Collection Agency
PO Box 7009
Flint, MI  48507-0009


Quest Diagnostics Inc.
515 Michigan St. NE, Suite 101
Grand Rapids, MI  49503


Risk Management Alternatives, Inc.
1500 Commerce Drive
Mendota Heights, MN  55120-1025


SBC
PO Box 5072
SAGINAW, MI  48605-5072


Specialized Card Services
C/O Bankruptcy Law Partners
3655 Alpine Ave. NW, Ste. 134
Comstock Park, MI  49321

Spectrum Health
P.O. Box 2127
Grand Rapids, MI  49501-2127


Target Corporation
PO Box 038994
Tuscaloosa, AL  35403-8994


TDS Metrocom
PO Box 1007
Monroe, WI  53566-8107


University Of Phoenix
C/O General Revenue Corporation
11501 Northlake Dr.
Cincinnati, OH  45249


University Of Phoenix
318 River Ridge Dr. NW
Walker, MI  49544

## United States Bankruptcy Court
### Western District of Michigan

IN RE:                                                                    Case No. _____

**PRATT, ISAAC DARYL & PRATT, ALYCIA CHRISTINE** _____   Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................ $ _____ **391.00**

   Prior to the filing of this statement I have received ................................................ $ _____ **291.00**

   Balance Due ........................................................................................ $ _____ **100.00**

2. The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify)

3. The source of compensation to be paid to me is:  ☑ Debtor   ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]
   **See attached Contract for Legal Services.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **See attached Contract for Legal Services.**

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**September 28, 2005**_____     _/s/ Mary Saur Cohn_____
Date                                                      Signature of Attorney

**Mary Saur Cohn, PLLC Bankruptcy Law Partners**
Name of Law Firm

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only